Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL VII

| | | |
|---|---|---|
| STRONG FITNESS CENTER, INC. <br><br> *Recurrido* <br><br> v. <br><br> LUIS ROBERTO VÁZQUEZ Y OTROS <br><br> *Apelante* | TA2026AP00377 | *Apelación* procedente del Tribunal de Primera Instancia, Sala Superior de Caguas <br><br> Caso Núm.: CD2019CV00182 <br><br> Sobre: Compraventa y otros |

Panel integrado por su presidente, el Juez Rodríguez Casillas, la Juez Barresi Ramos y la Jueza Santiago Calderón

Santiago Calderón, Jueza Ponente

### SENTENCIA

En San Juan, Puerto Rico, a 18 de mayo de 2026.

El 13 de abril de 2026, la parte apelante, Luis Roberto Vázquez, presentó el recurso de *Apelación* que nos ocupa. No obstante, el 27 de marzo de 2026, había presentado un recurso de *certiorari* relacionado con asuntos entre las mismas partes, el cual fue identificado con el alfanumérico TA2026CE00373. En dicho recurso se presentaron controversias que, al ser resueltas, tornaron académicos los planteamientos esbozados en el recurso ante nos.

En consideración a lo anterior y según nos faculta la Regla 83 (B) (1), (5) y (C) del Reglamento del Tribunal de Apelaciones[1], **desestimamos** el recurso de epígrafe por falta de jurisdicción. Véase, además, la *Sentencia* emitida en el recurso TA2026CE00373 el 15 de mayo de 2026.

Notifíquese.

---

[1] Regla 83 (B) (1), (5) y (C) del Reglamento del Tribunal de Apelaciones, según enmendada, *In re Aprob. Enmdas. Reglamento TA*, 2025 TSPR 141, págs. 116-117, 216 DPR __ (2025).

Lo acordó y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones